# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

| | |
|---|---|
| ANGELA DIXON, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 4:20-CV-53-FL |
| ANDREW SAUL, Commissioner of ) | |
| Social Security, ) | |
|     Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 8, 2021, it is ordered that defendant pay to plaintiff $8,250.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on July 8, 2021, and Copies To:**
George C. Piemonte (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

July 8, 2021                      PETER A. MOORE, JR., CLERK

                                            /s/ Sandra K. Collins
                                           (By) Sandra K. Collins, Deputy Clerk